IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GANELL TREECE (WALLACE)                                          PLAINTIFF

V.                        NO. 4:04CV1398-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 18th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE